# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00614-CV

**S. M. S. and L. A. E., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 18-0007-CPS395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on September 13, 2019.  By request to this Court dated September 13, 2019, Angela Chambers requested an extension of ten days.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights.  *See* Tex. R. App. P. 35.3(c).  Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively.  *See* Tex. R. App. P. 28.4(b)(2).  Accordingly, Angela Chambers is hereby ordered to file the reporter's record in this case on or before September 23, 2019.  If the record is not

filed by that date, Chambers may be required to show cause why she should not be held in contempt of court.

It is ordered on September 18, 2019.


Before Chief Justice Rose, Justices Triana and Smith